APPEAL NO. 23-10195

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

LINCOLN MEMORIAL ACADEMY, ET AL.

Plaintiffs / Appellants

v.

SCHOOL DISTRICT OF MANATEE COUNTY, ET AL.,

Defendants / Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COUT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

---

APPELLEE, THE CITY OF PALMETTO'S, NOTICE OF
INTENTION TO JOIN IN APPELLEE'S, THE SCHOOL
BOARD OF MANATEE COUNTY, FLORIDA'S,
RESPONSE IN OPPOSITION TO APPELLANTS'
MOTION FOR LEAVE TO FILE FIRST AMENDED
BRIEF WITH EXTENDED WORD COUNT

AMENDED CERTIFICATE OF INTERESTED PARTIES

---

                                               Charles F. Johnson, Esquire
                                               Florida Bar No. 898937
                                               Blalock Walters, P.A.
                                               802 11th Street West
                                               Bradenton, Florida 24205
                                               Telephone: 941.748.0100
                                               cjohnson@blalockwalters.com
                                               eservice@blalockwalters.com

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

Attorney for Defendant/Appellee
City of Palmetto

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Civil Procedure and Eleventh Circuit Rule 26-1, Appellee, City of Palmetto hereby files its Amended Certificate of Interested Parties and Corporate Disclosure Statement:

1. Blalock Walters, P.A., Law Firm for City of Palmetto, Defendant/Appellee;

2. City of Palmetto, Defendant/Appellee;

3. Enrisma, Angela, Plaintiff/Appellant;

4. Florida Department of Education, Defendant/Appellee;

5. Ford, Roderick, counsel for Plaintiffs/Appellants;

6. Gallagher, Ashley, counsel for the School Board of Manatee County, Florida, Defendant/Appellee;

7. Honeywell, Charlene, The Honorable Judge of the United States District Court, Middle District of Florida;

8. Hundley, Eddie, Plaintiff/Appellant;

9. Jackson, Erin, counsel for the School Board of Manatee County, Florida, Defendant/Appellee;

USCA11 Case: 23-10195     Document: 34     Date Filed: 05/23/2023     Page: 3 of 7

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

10. Johnson, Charles, counsel for City of Palmetto, Defendant/Appellee;

11. Johnson, Jackson, PLLC, Law Firm for the School Board of Manatee County, Florida, Defendant/Appellee;

12. Newhall, Timothy, counsel for Florida Department of Education, Defendant/Appellee;

13. Phillips, Juana, Plaintiff/Appellant;

14. Ross, Katrina, Plaintiff/Appellant;

15. Sansone, Amanda Arnold, The Honorable Magistrate Judge of the United States District Court, Middle District of Florida;

16. School Board of Manatee County, Florida, Defendant/Appellee;

17. Scott, Melva, Plaintiff/Appellant; and

18. The Methodist Law Center, Law Firm for Plaintiffs/Appellants.

USCA11 Case: 23-10195     Document: 34     Date Filed: 05/23/2023     Page: 4 of 7

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

### APPELLEE'S, THE CITY OF PALMETTO'S, NOTICE OF INTENTION TO JOIN IN APPELLEE'S, THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA'S, RESPONSE IN OPPOSITION TO APPELLANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED BRIEF WITH EXTENDED WORD COUNT

Appellee, The City of Palmetto ("The City"), by and through its undersigned counsel, hereby adopts and joins in the Response in Opposition to Appellants' Motion for Leave to File First Amended Brief with Extended Word Count filed by Appellee, the School Board of Manatee County, Florida (the "Response"), (Dkt. No #29) and states as follows:

1. The Motion for Leave to File First Amended Brief with Extended Word Count filed by Appellants (the "Motion"), (Dkt. No 24), should be denied as it fails to comply with the Court's prior direction, Rule 31-2(d) of the Eleventh Circuit Rules, and otherwise violates the applicable rules as more fully outlined in the Response.

2. Appellants' Motion should be denied.

### CONCLUSION

WHEREFORE, the City of Palmetto respectfully requests that the Court:

- Deny Appellants' Motion for Leave to File First Amended Brief with Extended Word Count, and;

USCA11 Case: 23-10195     Document: 34     Date Filed: 05/23/2023     Page: 5 of 7

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

- Dismiss the Opening Brief and/or Amended Brief to the extent that Appellants failed to properly move to file an appellant brief with excess words per the Court's Directive.

Respectfully submitted this 22 day of May, 2023.

/s/ Charles F. Johnson
Charles F. Johnson, Esquire
FBN: 898937
Blalock Walters, P.A.
802 11th Street West
Bradenton, Florida 34205
Telephone: 941.748.0100
cjohnson@blalockwalters.com
eservice@blalockwalters.com
Attorney for Defendant/Appellee
City of Palmetto

3827323v1

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

## CERTIFICATE OF COMPLAINCE WITH RULE 32(g)(1)

1.  This document complies with the type-volume limit and word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 200 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using word processing system Microsoft Word and using font size 14 Times New Roman.

3827323v1

Appeal No. 23-10195
Lincoln Memorial Academy, Inc. et al., v. Sch. Dist. Of Manatee County, et al.

## CERTIFICATE OF SERVICE

The undersigned counsel of record certifies that the foregoing was furnished via email this 22 day of May, 2023 to the following:

Roderick O. Ford,
Esquire The Methodist
Law Center
5745 S.W. 75the Street, Suite 149
Gainesville, Florida 32608
methodistlawcentre@gmail.com
admin@methodistlawcertre.org

Erin G. Jackson, Esquire
Ashley Gallagher, Esquire
Johnson Jackson PLLC
100 N. Tampa Street, Suite 2310
Tampa, Florida 33602
ejackson@johnsonjackson.com
agallagher@johnsonjackson.com

Timothy L. Newhall, Esquire
Special Counsel, Complex Litigation Section
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Timothy.newhall@myfloridalegal.com

                                        /s/ Charles F. Johnson
                                        Charles F. Johnson, Esquire

3827323v1